SOCIETE ANONYME DES SUCRERIES DE SAINT JEAN, demandante y apelada, *v.* ABDÓN DIEPPA y DUBOIS & DIEPPA, demandados y apelantes.

No. 3900.—*Visto:* Mayo 9, 1927. *Resuelto:* Mayo 31, 1927.

SOCIEDADES—ACCIONES POR O EN CONTRA DE FIRMAS O SOCIOS—DE LA SENTENCIA EN GENERAL—SENTENCIA CONTRA UN SOCIO INDIVIDUALMENTE.—Entablado pleito en cobro de una deuda de una sociedad no sólo contra ésta sino también contra un socio como sucesor y continuador de la misma y como la persona exclusivamente interesada, si los hechos desarrollados en el juicio tienden a sostener ese criterio, cabe dictar sentencia contra aquél individualmente.

MOCIÓN sobre reconsideración de sentencia presentada por el apelante. *Modificada la sentencia* y así modificada *confirmada.*

*José Martínez Dávila,* abogados de los apelantes; *H. G. Molina* y *Leopoldo Feliú,* abogados de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Ordenamos una reconsideración en este caso porque, cuando menos nominalmente, habíamos dictado una sentencia contra un socio individualmente por una deuda de la sociedad, a pesar de que el artículo 1600 del Código Civil dice que los socios no quedan obligados solidariamente con la sociedad. En el acto de la vista las partes pidieron permiso para radicar memorándums adicionales, pero ninguno ha sido presentado.

Sin embargo, la apelada, durante la vista, llamó la atención hacia el hecho de que el pleito no fué entablado solamente contra la sociedad sino también contra Abdón Dieppa como sucesor y continuador de la misma y como la persona que ahora está exclusivamente interesada. Los hechos desarrollados en el juicio tienden a sostener este criterio. Por lo tanto, de acuerdo con lo solicitado por la apelada *se modifica la sentencia para que se entienda contra Abdón Dieppa individualmente, y así modificada, se confirma.*